UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD MICHAEL KULOW,<br><br>Defendant. | Case No. 4:24-cr-00200-BLW<br><br>**ORDER** |

The Court has before it Defendant Chad Michael Kulow's unopposed Motion to Continue (Dkt. 41). Counsel indicates that additional time is needed to review discovery, develop pretrial motions, and prepare the case for trial. Counsel asks for an additional 120 days. Co-defendant Andrea Major does not object to a continuance. Co-defendant Lavoy Eborn's position is unknown. The Government does not oppose the Motion.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. §

**ORDER - 1**

3161(h)(7)(A). The statements of defense counsel establish that the trial should be reset on **March 24, 2025, at 1:30 p.m.** at the United States Courthouse in Pocatello, Idaho. The Court finds that the period of time between the filing of the Motion to Continue and the new trial date is excludable time under the Speedy Trial Act.

Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." No motion for severance has been granted in this case. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that the excludable time found for the defendant moving for a continuance also applies to defendants Andrea May Major and Lavoy Linton Eborn as well. Accordingly,

**IT IS ORDERED that**:

(1) The unopposed Motion to Continue (Dkt. 41) shall be, and the same is hereby **GRANTED.**

(2) The present trial date for defendants Kulow, Major, and Eborn shall be **VACATED**, and a new trial shall be set for **March 24, 2025 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

(3) The period of time between the filing of the Motion to Continue and the new trial date shall be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (7)(A) & (B).

(4) The current trial readiness conference shall be VACATED, and a new trial readiness conference shall be conducted by telephone on **March 13, 2025 at**

**4:00 p.m. <u>Mountain Time</u>.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

(5) All pretrial motions shall be filed on or before **February 24, 2025.**

DATED: November 6, 2024

_____
B. Lynn Winmill
United States District Judge

**ORDER - 3**