<u>CRIMINAL PROCEEDINGS</u> – Change of Plea

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge: B. Lynn Winmill
Case No. 4:24-cr-200-BLW-3
Place: Pocatello
Time: 3:41 – 4:23 p.m.

Date: July 24, 2026
Deputy Clerk: Amie Duong/Jamie Gearhart
Reporter: Tammy Hohenleitner (via Zoom)

UNITED STATES OF AMERICA vs LAVOY LINTON EBORN

Counsel for United States – Blythe McLane
Counsel for Defendant – Kristian Beckett

(X) Pursuant to the Plea Agreement (Dkt. 135), the defendant intends to plead guilty to Count Six of the Indictment.
(X) Counsel stipulated to amend the plea agreement by interlineation to strike Count Six from the Counts that will be dismissed in paragraph B on page 2.
(X) Defendant sworn for examination by the Court.
(X) Court finds the defendant competent to enter plea.
(X) Defendant's Constitutional Rights explained.
(X) Indictment furnished to defendant.
(X) Maximum Penalty:
    5 years incarceration
    3 years supervised release
    $250,000 fine
    $100 special assessment
(X) Signed Plea Agreement previously filed with the Court.
(X) The Government set forth the elements of the offense.
(X) Defendant withdrew his previous plea of NOT GUILTY and entered a GUILTY plea to Count 6 of the Indictment pursuant to the plea agreement. The Court accepts the plea and the plea agreement is taken UNDER ADVISEMENT pending review of the presentence report.

**Sentencing Set: November 18, 2026 at 11:00 a.m. in Pocatello, Idaho before Judge B. Lynn Winmill**

(X) Court ordered a presentence investigation report.
    Original report to Counsel: October 7, 2026
    Notification of Objections: October 21, 2026
    Final Report to Court and Counsel: November 4, 2026

(X) All sentencing materials are due one week prior to the date of the sentencing.

(X) Defendant released pending sentencing. All pretrial release conditions shall remain in effect.
(X) Defendant advised of penalties for failure to appear for Sentencing.