CRIMINAL PROCEEDINGS – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill
Case No. 4:24-cr-200-BLW-001
Place: Pocatello

Date: August 13, 2026
Deputy Clerk: Jamie Gearhart
Reporter: Tammy Hohenleitner
Time: 1:49 – 2:39 p.m.

UNITED STATES OF AMERICA vs CHAD MICHAEL KULOW

Counsel for United States – Justin Paskett
Counsel for Defendant – Thomas Monaghan
Probation – Mike Cruser (by Zoom)

(X) The Court reviewed the case history.
(X) The Court granted the Government's oral motion to dismiss Counts 1, 2, 3, 4, 5, 7, 8, 9, 10, 12 and 13 of the Indictment.
(X) No objections to the Presentence Report were filed.
(X) Counsel made sentencing recommendations to the Court.
(X) Defendant made remarks on his own behalf.
(X) The Court granted the Government's motion for 3rd point reduction for acceptance of responsibility.
(X) Guideline range 0-6 months.
(X) The Court adopted the Presentence Report.
(X) Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby placed on probation for a term of 5 years.

The defendant shall pay to the United States a special assessment of $100, which shall be due immediately.

The defendant shall pay to the U.S. Fish and Wildlife Service Lacy Fund a fine of $50,000, which shall be due immediately.

The defendant shall make restitution in the amount of $20,000 to Idaho Department of Fish and Game.

Payment is due within 30 days. Interest will be imposed if the financial obligations are not paid within 30 days.

The defendant shall immediately report in person to the probation office.

The defendant shall comply with all mandatory, standard, and special conditions of probation as outlined in the Sentencing Recommendation (Dkt. 118).

The Court waived the drug testing condition.

(X) Defendant advised of penalties for violation of terms and conditions of probation.

(X) Right to appeal explained.